*This is the only copy please let me buy a copy of this.*

Wakulla CI

MAR 0 3 2022

FOR MAILING

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF FLORIDA
Tallahasse DIVISION

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Jeffrey Ray Sundwall,
Inmate # DC#829115.
(Enter full name of Plaintiff)

VS.

CASE NO: 4:22 CV 110-WS/MAF
(To be assigned by Clerk)

St. of FL., all,
Fla. Fish and wildlife, all,
FL. DOC all,
_____,
_____.

(Enter name and title of each Defendant. ← I'm unable to Name the 37
If additional space is required, use the     Actores/Def in this case because
blank area below and directly to the right.) All my Legal work has been
                                              Taken from me at this time.

Request for leave to Amend/Refile this Petition

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND TL
MAR 15 '22 PM 1:37

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Jeffrey Ray Sundwall
Inmate Number: B29113
Prison or Jail: Wakulla Annex
Mailing address: 110 Melaleuca Dr.
Crawfordville Fla. 32327

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) (FWC) Defendant's name: Fla. Fish and Wildlife Conservation Commission, all
Official position: Lt.; Gen. Counsel / Hearing officer; Agency clerk; Deputy
Employed at: Tallahassee Fla; and Fla. Keys.
Mailing address: → 6 Meridian St. (4?)
Tallahassee, Fla 32399

(2) (FDOC) Defendant's name: Dept. of Corrections   gen. Counsel.
Official position: Jackson C.I. Admin; Holmes C.I. Admin; secretary; clerk;
Employed at: Tall. office; Jackson C.I.; Holms CI; Wakulla C.I.,
Mailing address: 501 S. Calhoun St.
Tallahassee, Fla 32399-7500

(3) Defendant's name: St. of Fla.    and 2 Judges
Official position: Clerk of court for DOAH; 2d Jud. Cir.; 1st DCA; ALJ x2
Employed at: And the Judicial Qualifications Commission and Board of
Mailing address: Ethics, and FL. Bar
??  ?

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(✓)   No( )   37 cases/Appeals/Petitions/Reviews

1. Parties to previous action:
   (a) Plaintiff(s): Jeffrey Ray Sundwall
   (b) Defendant(s): FL. DOC and FL. FDC
2. Name of judge: 4 Judges/5 clerks   Case #: 37 cases
3. County and judicial circuit: Leon Co. - 2d Jud. cir./ 1st DCA/ DOHA (Tall)
4. Approximate filing date: 3 of 2017 to 2-2022
5. If not still pending, date of dismissal: Countless   Final Date 2-22-2022
6. Reason for dismissal: L.T.'s Refusal to make Intelligent Determination
7. Facts and claims of case: See Section V

(Attach additional pages as necessary to list state court cases.) ← Unable to comply

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )   All are Directly Derivitive of FWC's Sep. 2017 DOAH cases × 4

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): Jeffrey Ray Sundwall
   b. Defendant(s): F.DOC  Michael Davis
2. District and judicial division: 2d Jud. Cir. / 1st DCA
3. Name of judge: ? _____ Case #: 7 CA - 144
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: Joinder to const. challenge of FL.S# 120.81(3). Joinder denied Appeal sanctioned per citing 1st DCA Clerk misconduct in Case # 1D21-1169

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6.   Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

FWC Brought 5 crim. cases of Derelict Vessel (DV) in March of 2017 that were dismissed Aug 2018, However, under FWC Actions and Charges, and Monroe Co. 16th Cir. Crim. Ct. Order to preserve Physical Evidence the Agency was in possession of 7 vessels owned By Petitioner Sundwall (JRS). On 9-4-2017 Hurricane Irma altered All of these vessels and the Agency (FWC) brought a 2d set (Double Jeopardy) DV allegations in a Quazi-Judicial venue. Litigation insued and a Div. of Admin. Hearings (DOAH) Admin Law Judge (ALJ) recommended orders to 2 cases consolidating 3 cases (The Agency claimed the 4th case untimely) The Agency adopted these orders and I Appealed ALL 4 Agency cases to the 1st DCA with the 9 collateral cases and the Joinder to the constitutional challenge. The merits of those were never address again, because ~~~ in violation of Indigen determination process and Appeal at the Agency and 2d Jud Cir. Indigent Process the 1st DCA Clerk dismissed 15 cases refusing to address the violations, upon citing her misconduct she sanctioned me Twice in one case and Globaly for the other 15. ~~The~~

The FL DOC prohibited me from Defending my-self in the fore Agency/DOAH cases and then acted on the 2 sanctions. I Exhosted the Agency Grievance Process

5

for 4 Derivative Disciplinary Actions 3 Directly caused by these sanctions and was wrongfully Dismissed in the 2d Jud. Cir. for Indigent Determination violation ween I challenged the Constitutionality of FL.S# 57.085 over and above the FL.FWC, FL.DOC, DOAH, 2d Jud Cir, and 1st DCA Clerks misapplication of Indigent Determination process, to cause me denial of my Right to Access the Court.

Now the 1st DCA Clerk Refused to except unrelated and related notices of Appeal citing sanction in 1D21-1169. The most resent was Feb of 2022 claiming a 3-5-2021 Sainction not indorsed by any Judiciary. The Fla. Sup. Ct. Refused to except Jurisdiction on the Sanction and on Non-case specific spencer sanctions

I'm seeking Leave to Refile this Petition with the Indigent Package, I'm seeking appointment of counsel because of the Fact that (this FWC cases is criminal charges proceguted in violation of the 4th, 5th, and 6th Amend. of the US Const. folawed by 1985 consperity to prohibit my Access to the ct by FLDOC. and 1st Amend right to a voice in the Courts on the merits of the wrongs done to me by the State of Fla. and its Constitutional Agencies.) this case is so vast and Complex that I'm physicaly not Able to address these Constitutional violations by my self.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① FLDC Brought Criminal charges in Civil Venue to cause a Taking of my assets that they are liable for ② FL.DOC conspired to Prohibit me from meaningfull access to the Courts, and also conspired with the Courts to ③ Punish me for exercising my right to Litigimate and Defend my-self against criminal charges by a total prohibition of Access to the Courts.

→ I have 32,000 Pages of Documents as Evidence of these Allegations

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Declare The 1st DCA Clerk's (not ct.) 3-5-2021 sanction invalid, and cause the State of Fla. to Redress all 37 cases wrongfully handeled via Transfer of Agency cases to criminal Court, with appointment of counsel in monroe county Fla, and Tax all Cost for all these filings against the violators State employees, Award Actually Damages of $150,000.00 (Vessel Value), and any other Damage Award the ct finds Proper,

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

3-2-2022
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the 3d day of march, 2022.

Jeffrey Sull   DC# 829113
(Signature of Plaintiff)

Revised 03/07

Jeffrey Ray Sundwall
DC# 829115
Wakulla Annex
110 Melaleuca Dr.
Crawfordville, Fla. 32527

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

Hasler
03/03/2022
US POSTAGE  FOREVER / USA

ZIP 32327
011E11675914

Clerk   U.S. Dist. Ct.
111 N. Adams St.
Tallahassee, Fla 32301-7730

Legal-Mail

LEGAL MAIL
Provided to
Wakulla CI

MAR 03 2022

FOR MAILING