IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFREY RAY SUNDWALL,
D.O.C. # 829113,

    Plaintiff,

v.                                                        4:22cv110–WS/MAF

STATE OF FLORIDA, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 29) docketed March 1, 2023. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed objections (ECF No. 32) to the report and recommendation.

Having reviewed the record in light of Plaintiff's objections, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 29) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

4. The clerk shall enter judgment stating: "All claims are dismissed."

5. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The clerk shall close the case.

DONE AND ORDERED this   2nd   day of   May  , 2023.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE